# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 23, 2023

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  **Alain Kaloyeros**
            **v. United States**
           **No. 21-1169 (Your docket Nos. 18-3710, 18-3712, 18-3715, 18-3850)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By

                                        M. Altner
                                        Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 23, 2022

Mr. Michael Campion Miller, Esq.
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

    **Re:  Alain Kaloyeros**
          **v. United States**
          **No. 21-1169**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    *M. Altner*
    M. Altner
    Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the Second Circuit
     (Your docket Nos. 18-3710, 18-3712, 18-3715, 18-3850)

# Supreme Court of the United States

No. 21–1169

**ALAIN KALOYEROS,**

Petitioner

v.

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *Ciminelli* v. *United States*, 598 U. S. ___ (2023).

May 22, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States