# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of June, two thousand twenty-three.

Before: Richard J. Sullivan,
*Circuit Judge,*

_____

United States of America,

        Appellee,

v.

Joseph Percoco, Steven Aiello, Joseph Gerardi, Louis Ciminelli, Alain Kaloyeros, AKA Dr. K,

        Defendants – Appellants.

_____

**ORDER**

Docket Nos. 18-2990(L), 18-3710(Con), 18-3712(Con), 18-3715(Con), 18-3850(Con), 19-1272(Con)

Appellant Louis Ciminelli requests that the Court hold his appeal, Docket No. 18-3712, in abeyance until the United States Supreme Court issues mandates or judgments in Docket Nos. 18-3710 (Aiello), 18-3715 (Gerardi), and 18-3850 (Kaloyeros).

IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court