

**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
*thoover@hooverdurland.com*
*www.hooverdurland.com*

June 26, 2023

<u>**Via CM-ECF**</u>

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

   Re: *United States v. Ciminelli*, Nos. 18-2290(L), No. 18-3712
      *United States v. Aiello*, Nos. 18-2290(L), 18-3710
      *United States v. Gerardi*, Nos. 18-2290(L), 18-3715
      *United States v. Kaloyeros*, Nos. 18-2290(L), 18-3850

Dear Ms. Wolfe:

  We are counsel for defendant-appellant Louis Ciminelli. On behalf of Mr. Ciminelli, counsel for Steven Aiello and Joseph Gerardi (together, the "Syracuse appellants"), and counsel for Dr. Alain Kaloyeros (collectively, the "appellants"), we write to propose a schedule for briefing the disposition of appellants' appeals with respect to the issues addressed by the Supreme Court's decision in *Ciminelli v. United States*, No. 21-1170 (U.S.), and to follow up on my letter dated June 23.

  After hearing further from the government, the amended proposal below is agreeable to all parties:

- Appellants' opening briefs (25 pages for Ciminelli, 25 pages for Kaloyeros, 30 pages for the Syracuse appellants) to be filed no later than 60 days after the Court issues orders reinstating appellants' appeals.

- Government's responding brief (80 pages) to be filed no later than 60 days after the deadline for appellants' opening briefs.

- Appellants' reply briefs (15 pages for Ciminelli, 15 pages Kaloyeros, and 17 pages for the Syracuse appellants) to be filed no later than 21 days after the deadline for the government's responding brief.

Appellants further request that the Court schedule oral argument after the close of briefing.

  If you have any questions, please contact me at (716) 800-2604.

          Respectfully yours,

          s/Timothy W. Hoover

          Timothy W. Hoover

TWH/
cc: All counsel of record (via CM-ECF)